1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  NESTOR BARBARITO-MARTINEZ

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. 1:12-CR-00253 AWI-BAM-1
                                      )
12 |         *Plaintiff*,              )   STIPULATION TO ADVANCE SENTENCING
                                      )   AND  ORDER THEREON
13 |    v.                             )
                                      )
14 | NESTOR BARBARITO-MARTINEZ        )   Date:  January 28, 2013
                                      )   Time:  10:00 a.m.
15 |         *Defendant*.              )   Judge: Hon. Anthony W. Ishii
                                      )
16 |  _____ )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V.

20  KERSTEN, Assistant Federal Defender, counsel for defendant Nestor Barbarito-Martinez, that the date for

21  sentencing in this matter may be advanced to January 28, 2013, or the soonest date thereafter that is

22  convenient to the court.  **The date currently set for sentencing is February 19, 2013.  The requested**

23  **new date is January 28, 2013, at 10:00 a.m.**

24         Mr. Barbarito-Martinez has received and reviewed the Advisory Guideline Presentence

25  Investigation Report (PSR) prepared by the United States Probation Office.  There are no disputed

26  sentencing issues and Mr. Barbarito-Martinez does not object to any information contained in the PSR.

27  The sentence recommended in the PSR is consistent with the jointly recommended sentence in the plea

28  agreement of the parties.  Because there is nothing more to be done prior to sentencing, defendant Nestor

1 | Barbarito-Martinez requests that the sentencing date be advanced in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail. AUSA Karen A. Escobar has no objection to this request.

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 24, 2013            By: /s/ Karen A. Escobar
                                   KAREN A. ESCOBAR
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 24, 2013            By: /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   NESTOR BARBARITO-MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2013
_____
SENIOR DISTRICT JUDGE